**No. 43052.**—Protests 829200–G, etc., of Sprouse-Reitz Co. (Los Angeles).

Opinion by DALLINGER, J. It was stipulated that the household utensils in question are not plated nor composed of gold, silver, or platinum. The claim at 40 percent under paragraph 339 was sustained on the authority of Abstract 39482.

**No. 43053.**—Protest 834141–G of W. X. Huber Co. (Los Angeles).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 39482 the household utensils in question were held dutiable at 40 percent under paragraph 339. Earthenware forks similar to those the subject of Abstract 36485 were held dutiable at 45 percent and 10 cents per dozen pieces under paragraph 211. Electric sockets were held dutiable at 35 percent under paragraph 353 on the authority of Abstract 37615.

**No. 43054.**—Protest 836940–G of Bullocks, Inc. (Los Angeles).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstracts 30313 and 30073 the brass weights and brass letter openers in question were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.

BEFORE THE THIRD DIVISION, JANUARY 19, 1940

**No. 43055.**—Protest 749474–G of F. & R. Lazarus & Co. (Cleveland).

Opinion by KEEFE, J. The record establishing the nonimportation of the merchandise in question, the protest was sustained.

**No. 43056.**—Protest 987780–G of Mattie Locatelli, N. Y. Branch, Inc. (New York).

Opinion by KEEFE, J. It appeared that there was a clerical error made in computing the dutiable tare of the cheese in question. The protest was accordingly sustained.

**No. 43057.**—Protests 826299–G, etc., of L. A. Salomon & Bro. et al. (Baltimore, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.